Map | US | Nevada | **Sunrise Manor**                    Views: 5

Hey Android owners! Shop on-the-go with the Zillow Android App.

## 6746 Council Heights Way
,

| | |
|---|---|
| **Zestimate®:** | **$135,500** |
| **Rent Zestimate:** | $1,282/mo |
| **Mortgage payment:** | $560/mo |

See current rates on Zillow
Get Prequalified with Wells Fargo

| Bedrooms: | 4 |
|---|---|
| Bathrooms: | 3 |
| Sqft: | 1,976 |
| Lot size: | 5,662 sq ft / 0.13 acres |
| Property type: | Single Family |
| Year built: | 2007 |
| Parking type: | Garage - Attached |
| Cooling system: | Central |
| Heating system: | Forced air |
| Fireplace: | -- |
| Last sold: | May 30 2007 |



No photos available for this property

### Description
This 1976 square foot single family home has 4 bedrooms and 3.0 bathrooms. It is located at 6746 Council Heights Way Las Vegas, Nevada. This home is in the Clark School District. The nearest schools are Iverson, Mervin Elementary School, Kathleen & Tim Harney Middle School and Las Vegas High School.

More facts

Post for sale/rent    Save    Share    E-mail me    Edit    Print

### Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| **Zestimate** | **$135,500** | $118K – $152K | -- | $68 | 03/24/2011 |
| **Rent Zestimate** | **$1,282/mo** | $1.2K/mo – $1.5K/mo | +$17 | $0.65 | 03/21/2011 |
| My estimate | Create estimate | | | | |
| Owner Comment | Post a comment | | | | |

**Show**
- ● Zestimate ($)
- ○ Zestimate (% change)
- ○ Rent Zestimate ($)
- ○ Listing price
- ○ Tax assessment
- ○ Tax paid
- ○ Page views

**Time period**
- ○ 1 month
- ○ 1 year
- ● 5 years
- ○ 10 years



Compare 89142 to nearby areas

Wells Fargo, Prequalify

## Maps and Views

Map | Bird's Eye View | Street View

☐ Zestimates    View home on larger map    Local amenities provided by
☐ Schools
☐ Grocery Stores
☐ Coffee and Bakery
☐ Parks
☐ Restaurants
☐ Gas Stations

**Drive time**
Enter address…

## Financing

**Can I Afford This Home?**    **Monthly Payment by Loan Type**

| | | |
|---|---|---|
| **Price:** | $ 135,500 | |
| **Down Payment:** | 10.0 %( $13,550 ) | |
| **Annual income:** | $ 26,999 | |
| **30 Year Fixed:** | 4.67 % | **$630** /mo |
| **15 Year Fixed:** | 3.92 % | **$897** /mo |
| **5/1 ARM:** | 3.10 % | **$521** /mo |

$897

$630

$521

Next Step: Get custom quotes

**Ads by Google**

**Foreclosed Properties**
Buy it, Rent it, Collect the Money We take care of the details for you
EquityBuild.com/Easy

**Nevada Loan Modification**
Stop Foreclosure Free Qalification Report The banks don't play fair
www.nevadaloanmodification.com