

Entered on Docket
May 17, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, NV 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Glenn Thaddeus Villon Farinas and Imelda A Farinas

E-FILED: May 15, 2011

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-11-13633-LBR |
| --- | --- |
| | ) Chapter 13 |
| **Glenn Thaddeus Villon Farinas and Imelda A Farinas,** | ) Hearing Date: April 28, 2011 |
| | ) Hearing Time: 3:05PM |
| Debtor(s). | ) |

### ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF WELLS FARGO BANK, NA (ACCT ENDING 1998) PURSUANT TO 11 U.S.C. §506(a) AND §1322 BY DEBTORS

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

1. The Debtors' property located at 6746 COUNCIL HEIGHTS WAY, LAS VEGAS, NEVADA 89142 (the "Subject Property") is valued at $135,500.00.

2. That on the filing date of the instant Chapter 13 petition, WELLS FARGO BANK, NA (ACCT ENDING 1998)'s claim was wholly unsecured.

**IT IS THEREFORE ORDERED THAT** WELLS FARGO BANK, NA (ACCT ENDING 1998)'s secured claim is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a) upon completion and/or discharge of the Debtors' Chapter 13;

**IT IS FURTHER ORDERED THAT** WELLS FARGO BANK, NA (ACCT ENDING 1998)'s secured rights and/or lien-holder rights in the Subject Property shall be terminated upon completion of the Debtors' Chapter 13 and WELLS FARGO BANK, NA (ACCT ENDING 1998)'s claim shall be treated as an "unsecured" claim in the Debtors' Chapter 13;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7 proceeding the instant Order shall be vacated.

DATED May 15, 2011

HAINES & KRIEGER, L.L.C.

By:     /s/ David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

/./././

**ALTERNATIVE METHOD re: RULE 9021**:

      In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_ The court has waived the requirement set forth in 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED:

    DISAPPROVED:

    FAILED TO RESPOND:

\_x\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by: /s/ David Krieger, Esq.
              David Krieger, Esq.
              Attorney for the Debtor

###